UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-60721

LIONAL DALTON,

    Plaintiff,

vs.

AUTO TRONICS AUTO SERVICE INC.
d/b/a AUTO TRONICS,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, LIONAL DALTON, (hereinafter referred to as "Plaintiff") by and through undersigned counsel, hereby notifies the Court that the Plaintiff and Defendant, AUTO TRONICS AUTO SERVICE INC. d/b/a AUTO TRONICS, (hereinafter referred to as "The Parties") are in the process of executing the Settlement Agreement and request thirty (30) days to finalize the settlement and file for dismissal of this matter. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties thirty (30) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

## **CERTIFICATE OF SERVICE**

I certify that on May 31, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Notices of Electronic Filing generated by CM/ECF.

                Respectfully submitted,

                **J & M Advocacy Group, LLC**
                *Attorneys for Plaintiff*
                Presidential Circle,
                4000 Hollywood Blvd., Ste. #435 So.
                Hollywood, FL 33021
                Telephone: (954) 962-1166
                Facsimile: (954) 962-1779
                Email: service@jmadvocacygroup.com

                *By: /s/ Jessica L. Kerr*
                JESSICA L. KERR, ESQ.
                Fla. Bar No. 92810