UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-60721

LIONAL DALTON,

    Plaintiff,

vs.

AUTO TRONICS AUTO SERVICE INC.
d/b/a AUTO TRONICS,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff, LIONAL DALTON, and Defendant, AUTO TRONICS AUTO SERVICE INC. d/b/a AUTO TRONICS, by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice, as the parties have amicably settled this matter.

    AGREED and STIPULATED on this 24th day of June, 2016.

| | |
|---|---|
| */s/ Mark D. Cohen* | */s/ Nolan Klein* |
| Mark D. Cohen, Esquire | Nolan Klein, Esquire |
| Florida Bar No. 347345 | Florida Bar No. 647977 |
| */s/ Jaci R. Mattocks* | **LAW OFFICES OF NOLAN KLEIN, P.A.** |
| Jaci R. Mattocks, Esquire | Wells Fargo Tower-Suite 1500 |
| Florida Bar No. 115765 | One East Broward Blvd. |
| **J & M ADVOCACY GROUP, LLC** | Fort Lauderdale, FL 33301 |
| 4000 Hollywood Blvd., Ste. 435 South | Telephone: (954) 745-0588 |
| Hollywood, FL 33021 | Fax: (877) 253-1691 |
| Telephone: (954) 962-1166 | Email: klein@nklegal.com |
| Facsimile: (954) 962-1779 | amy@nklegal.com |
| Email: service@jmadvocacygroup.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June 2016, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**J & M Advocacy Group, LLC**
*Attorney for Plaintiff*
Presidential Circle, Ste. #435 So.
4000 Hollywood Blvd.
Hollywood, FL 33021
Telephone: (954) 962-1166
Facsimile: (954) 962-1779
Email: service@jmadvocacygroup.com

By: */s/ Mark D. Cohen*
Mark D. Cohen, Esquire
Florida Bar No. 347345